FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/19/2015 4:43:06 PM
KEITH E. HOTTLE
Clerk

## CERTIFICATE NOTICE OF APPEAL

## COUNTY COURT AT LAW NO. 14  2015 MAR 19 PM 4:20

### THE STATE OF TEXAS VS. JORGE ISAAC SANCHEZ-MARBAN
### CASE NO. 441416

1. Has counsel for defendant filed a motion for a new trial? __Yes N/A No

If so, date filed___ Date motion granted/denied___ Date new trial held____

The defendant in this cause was convicted of the offense of ASSAULT-BODILY INJURY.

2. The Honorable Judge Susan Skinner presided at the trial.
3. The state was represented by: Trey A. Mims
4. The state was represented by: Zachary Gibson
5. The defendant was represented by: Travis Ketner
6. The defendant was represented by: Richard B. Dulany, Jr.

| 101 W. Nueva Suite 310 | 210-335-0701 | 24029662 |
|---|---|---|
| ADDRESS | PHONE NO. | STATE BAR NO. |

7. Defendant's counsel on appeal is: Retained____ Appointed YES pro se

The trial was before the court:  A. Without a Jury YES
  B. A jury on guilt only
  C. A jury on punishment only
  D. Jury on both guilt and punishment_____

9. The sentence was imposed/suspended on 03/10/2015, PROBATION 11 MONTHS/11 MONTHS.

10. Date written notice of appeal was filed 03/16/2015.

11. Defendants is: in jail N/A Free on bond in the amount of $1600.00.

12. Name and address of the court reporter who reported the evidence: 300 DOLOROSA, SUITE 2090, SA TX 78205.

13. If two or more cases were tried together, the other cases that have been or may be appealed are:

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

WITNESS MY HAND THIS THE 17TH DAY OF MARCH, 2015.

_____
COURT REPORTER

GERRY RICKHOFF
CLERK OF COUNTY COURT AT LAW 14 BEXAR CO. TEXAS

BY DEPUTY _____

RECEIVED BY KEITH E. HOTTLE, CLERK OF THE 4TH COURT OF APPEAL

BY_____  DATE:_____

THE STATE OF TEXAS

NO. 441416

VS.

JORGE ISAAC SANCHEZ-MARBAN

OFFENSE: <u>ASSAULT-BODILY INJURY</u>

TERMS AND CONDITIONS OF COMMUNITY SUPERVISION
ADJUDICATED

On 10th day of March, 2015, you were placed on community supervision for a period of 11 Months with the following terms and conditions as denoted below by (x) in left margin:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[X] 1. Neither commit nor be convicted of any offense against the Laws of the State of Texas; or any other State or of the United States of America.

[X] 2. Avoid injurious or vicious habits and abstain from the illegal use of controlled substances, dangerous drugs, nor use alcoholic beverages; submit to drug testing or as directed by the Court/Court Officer/Supervision Officer and pay a one time urinalysis fee of $20.00 (ninety (90) days after being granted community supervision. An additional fee per urinalysis test will be charged by the Provider conducting the test.

[X] 3. Avoid places and persons of harmful or disreputable character, including those who engage in criminal activity or have a criminal record.

[X] 4. Obtain and keep gainful employment in a lawful occupation and show proof of employment. Notify the Supervision Officer of any changes within 48 hours. You will tender any and all financial documents as directed by the Court and/or the Supervision Officer.

[X] 5. Beginning <u>March 10, 2015</u> report to the Supervision Officer as directed by the Court/Supervision Officer and obey all rules and regulations of the Community Supervision and Corrections Department. You will conduct yourself in a proper and orderly manner during an office visit, field visit, or any other contact with any Supervision Officer or employee of the Bexar County Community Supervision and Corrections Department.

[X] 6. A. Permit the Supervision Officer, or his Assistants, to transport you as needed in Bexar County and to visit you in your home or elsewhere.
B. You are subject to possible search of your person, residence or any vehicle, which you operate, occupy or possess at any time by any Supervision Officer, without prior notice or search warrant, to determine if you are in compliance with the conditions of community supervision. Any contraband found to be in your possession will be subject to confiscation **and ultimately destroyed.**
C. You shall not possess any contraband in your home, vehicle, or on your person, including, but not limited to: prohibited or illegal weapons, controlled substances or illegal drugs, pornographic materials and obscene devices.

[X] 7. Remain within Bexar County, Texas, unless permitted in writing to depart by the Court and/or by the Supervision Officer.

[X] 8. Support your dependents.

[X] 9. A. Provide proof of residence and report any change of address to the Supervision Officer within 48 hours.
B. If you are arrested notify the Supervision Officer within 48 hours. If you are released from jail report to the Supervision Officer the next working day.

[X] 10. Pay the following, in one or several sums, through the Bexar County Community Supervision and Corrections Department, and/or Bexar County Collections Section as directed by the payment plan agreement and in any sum that the Court shall determine during the term of your community supervision until all fees have been paid in full.

## MANDATORY FEES:

☒ A. ADMINISTRATIVE FEE of **$60.00** per month, each month, beginning <u>04/01/15</u>.

☐ B. IF AFTER A HEARING THE COURT DETERMINES YOU HAVE THE ABILITY TO PAY, COURT APPOINTED ATTORNEY FEE in the amount of $_____ assessed by the Court, calculated into a monthly payment schedule, and subject to increase with a new payment schedule based on subsequent court appearances related to this case.

☐ C. IF ON PROBATION FOR SEX OFFENSE SPECIFIED IN STATUTE, SEXUAL ASSAULT PROGRAM FEE of $5.00 per month, under Texas CCP Chapter 42.12 Sec 19(e) sixty days after the granting of community supervision, beginning _____.

☐ D. IF COURT DETERMINES OFFENSE INVOLVES FAMILY VIOLENCE, FAMILY VIOLENCE SHELTER FEE of $100 to a family violence center that receives state or federal funds that serves Bexar County, including but not limited to the BATTERED WOMEN'S SHELTER, payable by _____.

## PERMISSIVE FEES:

☒ E. COURT COSTS/FINE <u>paid in accordance with the Bill of Cost</u>, beginning **3/10/15**.

☒ F. RESTITUTION of $**IF ANY**, beginning _____.

☐ G. IF SEX OFFENDER, SEX OFFENDER PUBLICATION FEE of <u>$105.00</u> payable 90 days from publication date. Such amount will be paid each and every time a change of address is made.

☐ H. CHILD ADVOCACY CENTER FEE in a one time payment of $<u>50.00</u>, payable by _____.

☐ I. CRIME STOPPERS PROGRAM FEE in a one time payment of $_____, payable by _____.

[X] 11. You shall not unlawfully purchase, receive possess, or transport any weapon, including but not limited to: a club, explosive weapon, firearm, ammunition, illegal knife, martial arts weapon, brass knuckles, or chemical dispensing device during your term of community supervision.

[X] 12. **EXTRADITION:** You will waive extradition to the State of Texas from any jurisdiction in or outside the United States where you may be found and also agree that you will not contest any effort by any jurisdiction to return you to the State of Texas.

[X] 13. You shall not operate a motor vehicle without a valid Texas Driver's License.

14. **Perform 80.00 hours of Community Service Restitution, and provide proof as directed by the Court at the rate of 27.00 hours per month.** You will fully comply with all rules, regulations, and instructions as directed by the head or authorized personnel of that Agency.

[X]15. **Beginning 03/10/15** , report to, apply for, provide documentation of attendance and comply with all rules, regulations, instructions and financial agreements, as directed by the Court and/or Supervision Officer and/or the head of or authorized personnel of the following Counseling/Education program: **Anger Management Classes – See attached list.**

[X]16. General Order You will neither contact nor attempt to contact **DIANN CHRISTIAN** nor any of his/her family members in person, verbally, telephonically, in writing or in any other manner, and should you find yourself inadvertently in contact with said individual, you will immediately leave and not threaten, assault, or verbally abuse him/her.

[X]17. General Order You will neither contact nor attempt to contact **SHANNA LOZANO** nor any of his/her family members in person, verbally, telephonically, in writing or in any other manner, and should you find yourself inadvertently in contact with said individual, you will immediately leave and not threaten, assault, or verbally abuse him/her.

[X]18. **You will submit to a substance abuse evaluation with the Bexar County CSCD's Treatment Alternative to Incarceration Program (TAIP) and follow all treatment recommendations if so ordered by the Court.**

_Susan Skinner_
JUDGE PRESIDING

3·11·15
DATE

You are hereby advised that under the Laws of this State, the Court shall determine the Terms and Conditions of your Community Supervision and may at anytime during the period of your community supervision, alter or modify the terms and conditions of your community supervision. **The Court, Also, Has The Authority, At Any Time During The Period Of Your Community Supervision, To Revoke Same For Violation Of Any Of The Conditions Of Your Community Supervision Set Out Above.** The Court has placed you on community supervision, believing that if you sincerely try to obey and comply with the conditions of your community supervision, your attitude and conduct will improve to the benefit of the public and of yourself.

I acknowledge receipt of a copy of the Conditions of Community Supervision and attached addenda and fully understand same. **Conditions And Gun Control Act Were Explained, Conditions Fingerprinted, And Signed. I Also Acknowledge That I Must Report In Person Whether Or Not I Have The Money For Fees.**

I acknowledge receipt of a copy of the Conditions of Community Supervision and fully understand same.

_Jorge D. Sanchez Marban_
DEFENDANT'S SIGNATURE
A copy furnished to the above-named defendant and noted on The docket this ___10___ day of ___March___ .A.D.,20_15_ .

_Delia M. Beltran_
SUPERVISION OFFICER
Bexar County Community Supervision and Corrections Department
207 N Comal, San Antonio, Texas 78207
(210) 335-7200

Address: <u>227 Eureka Dr</u>

City: <u>San Antonio</u>     State: <u>Texas</u>

Zip: <u>78223</u>   Phone: <u>210-531-0026</u>

**RIGHT THUMB PRINT**

No. 441416

STATE OF TEXAS

v.

Jorge Isaac Sanchez Marban

BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The court, in accordance with Article 26.04(f), Code of Criminal Procedure, hereby appoints **RICHARD B. DULANY, JR.,** Interim Chief Public Defender (SBN 06196400), to represent Jorge Isaac Sanchez Marban an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until this appeal is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Appellate Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED ___3-17___ , 20_15_

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 9/23/2014

Cause Number 441416

| | | |
|---|---|---|
| The State of Texas | § | In the County Courts of |
| | § | |
| vs. | § | Bexar County, Texas |
| | § | |
| Jorge Isaac Sanchez Marban | § | County Court 14 |

2015 MAR 16 PM 4: 36
FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

## Defendant's Notice of Appeal

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Defendant Jorge Isaac Sanchez Marban, Defendant in the above titled and numbered cause, by and through his attorney Travis Ketner and files this Notice of Appeal.

Defendant requests that bail on the Appeal be set such that this Honorable Court grant Defendant a Personal Recognizance bond during the resolution of appellate matters.

Undersigned counsel was appointed as trial counsel only and has not been hired to represent Defendant on appeal. As Defendant qualifies as an indigent Defendant, as defined by the Texas Indigent Defense Act, trial counsel requests that this Honorable Court either refer Defendant to the Bexar County Appellate Public Defender's Office or appoint appellate counsel in this matter.

Respectfully submitted,

Travis Ketner
Attorney for Defendant
State Bar No. 24029662
1423 W. Martin St.
San Antonio, TX 78207
Tel. (210) 228-9988
Fax (210) 354-1501

## Certificate of Service

I hereby certify that on this the 16th day of March, 2015, a true and correct copy of the foregoing Defendant's Notice of Appeal was delivered via U.S. Mail to the Bexar County District Attorney's Office.



**REQUEST FOR APPOINTMENT OF COUNSEL**
**BEXAR COUNTY, TEXAS**

| Cause Number | Charge |
|---|---|
| 4/4/16 | AB1 |
| | |

Defendant Name: _Jorge I. Sánchez Marbán_ Social Security Number: _622·45·4564_

Address: _227 Evreka Dr_
_San Antonio, TX 78223_ → _(210) 531 0026_

Home Telephone Number: _(210) 531 0076_ Cell Phone Number: _____

Marital Status: Single _✔_ Married___ Common Law___ Separated___ Divorced___ Widow___

No. of Dependents _0_

With whom do you live with _Pedro Rivas_ Relationship: _Friend_

Can Family hire an attorney: Yes___ or No _X_   Can you afford to hire an attorney: Yes___ or No _X_

Employed___ Unemployed _✔_ Retired___ Student___ Other___

Employer Name: _N/A_ Reference Name _____

Address: _____ Reference Phone Number _____

Telephone Number: _____

Length of Employment:___ Year___ Month___ Week

## Financial Information

| Income | Amount | Expenses | Amount |
|---|---|---|---|
| Defendant wages(Weekly) | 0 | House Payment/Rent | 250 |
| Spouses Wages(Weekly) | — | Auto Payment | — |
| Welfare | — | Utilities( includes Electric, Water, and Cable) | 100 |
| Social Security/Disability | — | Auto Insurance | — |
| Child Support | — | Telephone | 25 |
| Rental Income | — | Child support | — |
| Government Food Stamps | — | Food Bill | 75 |
| Savings/Checking Account | — | Alimony | — |
| | 0 | Other | — |

Remarks: _____

I have been advised of my right to representation by counsel in the trial of the charge(s) pending against me, I certify that I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. I swear or affirm that the above information is true and correct.

_Jorge I. Sanchez Marban_   _Jorge I. Sanchez Marban_ Date _10/13/2015_
Defendant Printed Name   Defendant Signature

_Diana Martinez_   _Diana Martinez_ Date _3/12/15_
Witness Printed Name   Witness Signature

### Please fax completed application to 210-335-6198

Cause Number 441416

| The State of Texas | § | In the County Courts of |
| | § | |
| vs. | § | Bexar County, Texas |
| | § | |
| Jorge Isaac Sanchez Marban | § | County Court 14 |

2015 MAR 13 PM 12:20
FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

## Defendant's *Pro Se* Notice of Appeal

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 13th day of March, 2015, Defendant Jorge Isaac Sanchez Marban hereby gives

Notice of Appeal in this matter. Defendant was found guilty after a bench trial on March 9, 2015.

Defendant is indigent and was represented by Travis Ketner (SBN 24029662) in his bench trial and

respectfully requests this Honorable Court appoint the Bexar County Public Defender's Office to

represent him in his appeal.

Defendant Jorge Isaac Sanchez Marban *Pro Se*
SID 944737
227 Eureka Dr.
San Antonio, TX 78223

No. 441 416

STATE OF TEXAS § IN THE COUNTY COURT

VS § AT LAW # CC14

Jorge Isaac Sanchez
Marban § BEXAR COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[X] is not a plea-bargain case, and the defendant has the right of appeal; (or)

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(A)); (or)

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(B)); (or)

[ ] is a plea-bargain case, and the defendant has NO right of appeal; (or)

[ ] is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's actions revoking the community supervision, but not the underlying conviction (TEX. CODE CRIM. PROC. 42.12 § 23; (or)

[ ] is an adjudication of guilt following a deferred adjudication, and defendant has limited right of appeal (TEX. CODE CRIM. PROC. 42.12 § 5 (b));

[ ] is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (TEX. CODE CRIM. PROC. 64.05);

[ ] is one in which the defendant has waived the right of appeal.

_____     3/10-15
Judge                                Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgments and opinions to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review with the Texas Court of Criminal Appeals. TEX. R. APP. P. 68.2

Jorge Isaac Sanchez Marban
Defendant

Mailing address:_____

_____

Telephone Number:_____

Fax Number if any: _____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant's Counsel:

State Bar of Texas ID No. 24039661
Mailing Address: 1423 W. Martin
SA, TX 78207
Telephone Number: (210) 228-9488
Fax Number if any: (210) 354-1901

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

PLEA OF GUILTY, TRIAL BY COURT

| COURT COST | FINE | TOTAL | CFTS | |
|---|---|---|---|---|
| 297.00 | 100.00 | 397.00 | | 11 MTHS IN JAIL |

$100 FINE, $60 SUP FEE, 80 HRS CS, RESTITUTION IF ANY TO BE DETERMINED, TAIP EVAL, ANGER MANAGEMENT CLASS, NO CONTACT W/DIANN CHRISTIAN OR SHANNA LOZANO PER JUDGE SKINNER....KT

11 MTHS PROBATION

THE STATE OF TEXAS

VS

JORGE ISAAC SANCHEZ-MARBAN

JUDGMENT

CAUSE NO. 441416

OFFENSE ASSAULT-BODILY INJURY

ON THE **10th of March, 2015,** THE ABOVE ENTITLED AND NUMBERED CAUSE WAS CALLED. THE STATE OF TEXAS APPEARED BY HER ASSISTANT CRIMINAL DISTRICT ATTORNEY, **TREY A MIMS.** THE DEFENDANT, **JORGE ISAAC SANCHEZ-MARBAN** APPEARED IN PERSON AND BY COUNSEL, **TRAVIS KETNER.**

HAVING BEEN DULY ARRAIGNED, THE DEFENDANT ENTERED A PLEA OF **NOLO CONTENDERE** TO THE OFFENSE AS CHARGED IN THE INFORMATION. THE DEFENDANT IN OPEN COURT WAIVED A TRIAL BY JURY. THEREUPON, THE COURT ADMONISHED THE DEFENDANT OF THE RANGE OF PUNISHMENT ATTACHED TO THE OFFENSE AND THE FACT THAT ANY RECOMMENDATION OF THE PROSECUTING ATTORNEY AS TO PUNISHMENT IS NOT BINDING ON THE COURT. THE COURT INQUIRED AS TO THE EXISTENCE OF ANY PLEA BARGAIN AGREEMENT BETWEEN THE STATE AND THE DEFENDANT. **THE COURT WAS INFORMED THAT THERE WAS A PLEA BARGAIN AGREEMENT AND THAT THE DEFENDANT PERSONALLY AGREED TO THE TERMS OF SUCH AGREEMENT.**

IT PLAINLY APPEARING TO THE COURT THAT THE DEFENDANT WAS MENTALLY COMPETENT AND THE PLEA WAS FREE AND VOLUNTARY, THE SAID PLEA OF **NOLO CONTENDERE** WAS RECEIVED BY THE COURT AND ENTERED OF RECORD. HAVING HEARD SAID PLEA AND HAVING HEARD EVIDENCE WHICH WAS SUBMITTED AND HAVING DULY CONSIDERED SAME, THE COURT INFORMED THE DEFENDANT THAT IT WOULD FOLLOW ANY PLEA BARGAINING AGREEMENT AND THE COURT FOUND THE DEFENDANT GUILTY OF A MISDEMEANOR, TO - WIT: **ASSAULT-BODILY INJURY** AND THAT SAID DEFENDANT COMMITTED SAID OFFENSE ON **7th of September, 2013** AS CHARGED IN THE INFORMATION, AND HE SHOULD BE PUNISHED BY **A FINE OF $100.00, COURT COSTS OF $297.00, AND 11 MTHS IN JAIL .**

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED BY THE COURT THAT THE SAID DEFENDANT IS GUILTY OF THE MISDEMEANOR OFFENSE OF: **ASSAULT-BODILY INJURY** . AND THAT HE BE PUNISHED BY CONFINEMENT IN THE ADULT DETENTION CENTER OF BEXAR COUNTY FOR **11 MTHS** AND BY A FINE OF **$100.00,** AND THE STATE OF TEXAS DO HAVE AND RECOVER OF HIM ALL COSTS IN THIS PROSECUTION EXPENDED.

ON THE **10th of March, 2015,** THIS CAUSE AGAIN BEING CALLED, THE STATE APPEARED BY HER ASSISTANT CRIMINAL DISTRICT ATTORNEY, **TREY A MIMS** . THE DEFENDANT APPEARED IN PERSON AND REPRESENTED BY COUNSEL **TRAVIS KETNER** FOR THE PURPOSE OF HEARING ON SAID DEFENDANT'S APPLICATION FOR ADULT PROBATION. THE COURT, HAVING DULY CONSIDERED ALL THE MATTERS PRESENTED IS OF THE OPINION THAT PROBATION SHOULD BE GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT THE IMPOSITION OF SENTENCE (EXCEPT THAT PORTION THEREOF PERTAINING TO A FINE OF **$100.00** AND COSTS OF PROSECUTION **$297.00,** WHICH IS HEREBY ORDERED EXECUTED) IS SUSPENDED. THE DEFENDANT IS HEREBY PLACED ON ADULT PROBATION FOR A TERM OF **11 MTHS** EFFECTIVE ON THE **10th of March, 2015** AND CONDITIONED THAT THE DEFENDANT FULLY COMPLIES AND ABIDES BY ALL TERMS AND CONDITIONS OF PROBATION AS ARE CONTAINED IN THE ORDER GRANTING PROBATION, WHICH ORDER IS ATTACHED HERETO AND MADE A PART OF THIS JUDGMENT.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FROM SAID DEFENDANT (THE FINE HERETOFORE IMPOSED AND) ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

THE COURT THEREUPON FULLY ADVISED THE DEFENDANT OF HIS APPELLATE RIGHTS.

AS IT APPEARING THAT THE DEFENDANT HAS BEEN IN JAIL, FROM THE TIME OF HIS ARREST AND CONFINEMENT ON THE FOLLOWING DATE(S): **NA** .

HE IS HEREBY GIVEN CREDIT ON THIS SENTENCE FROM **NA** TO THE DATE OF THIS SENTENCE FOR THE TIME THE SAID DEFENDANT HAS SPENT IN JAIL IN SAID CAUSE.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FROM SAID DEFENDANT ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

SIGNED AND ENTERED OF RECORD THIS **10th of March, 2015.**

| RIGHT THUMB | SIGNATURE | JUDGE, COUNTY COURT AT LAW NO. CC14 BEXAR COUNTY, TEXAS |
|---|---|---|

ORIGINAL

```
CCC $$  83.00       CAA $  T L          CLK $  40.00       DA  25.00       JF $   15.00
RMP $  22.50         CS $  3.00          TP $  25.00       JR $   4.00     CCRMF $  2.50
JSF $   6.00      INDIG $  2.00        CRTCH $   4.00     FINE $ 100.00    EFF-CIV  5.00
PEACE OF  60.00
```

                                                                    TOTAL  397.00

# THE STATE OF TEXAS

# COUNTY OF BEXAR          CERTIFICATE

    *I, GERARD RICKHOFF, CLERK OF THE COUNTY AT LAW NO. <u>CC14</u>, OF BEXAR COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE JUDGMENT OF CONVICTION AND SENTENCE IN THE CAUSE STYLED, THE STATE OF TEXAS VS. <u>JORGE ISAAC SANCHEZ-MARBAN</u> AND BEING NO. <u>441416</u> IN THE CRIMINAL DOCKET OF SAID COURT, AND AS APPEARS IN THE CRIMINAL MINUTES OF SAID COURT IN SUCH CAUSE.*

    *IN TESTIMONY WHEREOF WITNESS MY HAND AND OFFICIAL SEAL IN THE COUNTY OF BEXAR, TEXAS, ON THIS THE <u>10th of March,</u> <u>2015</u>.*



*GERARD RICKHOFF*
*CLERK, COUNTY COURT AT LAW NO. <u>CC14</u>*
*BEXAR COUNTY, TEXAS*

BY _____ *DEPUTY*

# SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20_____.
And executed the _____ day of _____; A.D. 20_____.
By _____

_____

_____

SHERIFF, BEXAR COUNTY, TEXAS

BY _____ Deputy